UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANNE MARIE GRECO and
IAN SUTHERLAND,
Plaintiffs,

-against-                                                                    22-CV-3992 (JMA) (AYS)

HUNTINGTON HOSPITAL and
NORTHWELL HEALTH, INC.,
Defendants.
-------------------------------------------------------------------X
AZRACK, United States District Judge:

We the plaintiffs, Ian Sutherland and Anne Marie Greco, request that our complaint for case 2:22-cv-03992-JMA-AYS, be unsealed, and that no documents pertaining to this case that we submit be sealed without a written request for them to be sealed by either plaintiff.

Dated: September 30th, 2022

_____                                    _____
Anne Marie Greco                                                         Ian Sutherland

**USPS Priority Mail Express Label**

FROM:
Ian Sutherland
P.O. Box 435
Danville, Washington 99121

TO:
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722
Attn 22-cv-3992

ZIP+4: 11722

Scheduled Delivery Date: 10/6/22
Date Accepted: 4 oct 2022
Time Accepted: 01:30 PM
Postage: $27.90
Label: EJ 896 773 880 US