UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ANNE MARIE GRECO and IAN SUTHERLAND,

                  Plaintiffs,

    -against-

HUNTINGTON HOSPITAL and NORTHWELL
HEALTH, INC.;

                  Defendants.

-------------------------------------------------------------------X

**AMENDED SCHEDULING ORDER**

Case #: 2:22-CV-03992-JMA-SIL

      The parties having submitted to the Court an Amended Scheduling Order seeking an extension of the deadlines set forth in the March 30, 2023 Scheduling Order, and with this Order superseding all prior Scheduling Orders, it is hereby

      **ORDERED**, that responses to first interrogatories and document demands shall be served on or before **August 7, 2023**; and it is further

      **ORDERED**, that motions to join new parties or amend the pleadings are to be commenced on or before **September 7, 2023**; and it is further

      **ORDERED**, that all depositions are to be completed on or before **October 9, 2023**; and it is further

      **ORDERED**, that identification of case-in-chief experts and service of Rule 26 disclosures are to be completed on or before **December 11, 2023**; and it is further

      **ORDERED**, that rebuttal experts and service of Rule 26 disclosures are to be completed on or before **January 11, 2024**; and it is further

      **ORDERED**, that expert depositions are to be completed on or before **February 15, 2024**; and it is further

**ORDERED** that summary judgment motion practice is to be commenced on or before **March 28, 2024**.


Dated: July __11th__, 2023

**SO ORDERED:**

/s/ Steven I. Locke
STEVEN I. LOCKE
United States Magistrate Judge