22-CV-03992-JMA-SIL

**AFFIDAVIT OF SERVICE VIA E-MAIL AND REGULAR MAIL**

STATE OF NEW YORK    )
                     )
COUNTY OF NASSAU     )

    KERSTIN DEL ORFANO, being duly sworn, deposes and says that she is not a party to this action, is over 18 years of age and is an employee in the office of MARTIN CLEARWATER & BELL LLP, attorneys for the defendant.

    That on the 11th day of July, 2023, she served the within ORDER ON MOTION FOR DISCOVERY/AMENDED SCHEDULING ORDER upon the following attorneys by First Class Mail, securely enclosed in a post-paid wrapper in the Official Depository maintained and exclusively controlled by the United States at 90 Merrick Avenue, Suite 401, East Meadow, New York 11554, and e-mail, delivery receipt requested, to all participating parties as set forth in the case record maintained on the NYSCEF System:

**Via Email:**
got.zebravado@gmail.com; **zebravado@gmail.com;** ian.sutherland.91@gmail.com

    ANNE MARIE GRECO and IAN SUTHERLAND
    Plaintiffs Pro Se
    29 Race Street
    Danville, Ferry County
    Washington, 99121

    And

    ANNE MARIE GRECO and IAN SUTHERLAND
    PO Box 435
    Danville, Washington 99121

that being the address within the State designated by them for the purpose of service upon them of the preceding papers in this action, or the place where they then kept an office for regular communication via mail and E-MAIL.

                                                     _____
                                                          KERSTIN DEL ORFANO

Sworn to before me, this
11th day of July, 2023

_____
Notary Public

KAREN CORBETT
Notary Public, State of New York
No. 02CO5077208
Qualified In Nassau County
Commission Expires May 05, 2026

4939876